ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Burlington Northern and Santa Fe
Railway Company, a Delaware corporation,

Plaintiff, Court File No.: 01-CV-534 JMR/FLN

v. **ORDER TO COMPEL AND PROTECT**

David J. Willms,

Defendant.

---

The above-entitled motion came on for hearing before the Honorable Franklin L. Noel, Magistrate Judge of the U.S. District Court, on July 9, 2001. Rodney A. Honkanen appeared for and on behalf of the plaintiff. Michael A. Rozman appeared for and on behalf of the defendant.

Based upon the files, records and arguments before the court, IT IS HEREBY ORDERED AS FOLLOWS:

1. Plaintiff's motion to compel and protect the FBI records relating to David J. Willms is GRANTED in its entirety.

2. The FBI is hereby ordered to produce all records in its possession relating to the criminal investigation of David J. Willms for the transactions at issue in this civil matter to both the counsel for BNSF and David J. Willms within 30 days of the date of this Order.

3. All of the disclosed FBI records are subject to the following protective requirements:

2 4 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

a. The documents produced shall be designated as Confidential Material. Such Confidential Material shall be used only by the attorneys of record for the parties.

b. The Confidential Material shall be used only for the purposes of this litigation and for no other purpose, and the Confidential Material shall not be disclosed except to the following persons:

1. The parties.
2. The court in camera or under seal.
3. Attorneys from law firms of record for the parties.
4. Experts for the parties or such other persons who, in the good faith judgment of the attorneys of record for the parties, it is necessary to disclose such Confidential Material.

c. The Confidential Material may be exhibited to and/or the information contained therein may be disclosed to the parties during oral depositions and they may be questioned with respect to such Confidential Material during oral deposition, provided, that to the extent that the transcript of any deposition, or the exhibits thereto, incorporates the Confidential Material, such transcript and any such exhibit shall be subject to the terms of this Confidentiality Order in the same manner as Confidential Material.

d. If, at the time of trial, counsel intends to introduce into evidence any such Confidential Material, he/she shall give reasonable notice of that intention to the Court and counsel for the party having furnished the Confidential Material, and the Court shall take such steps as it deems reasonably necessary to preserve confidentiality.

e. Upon the final termination of the above-entitled action by settlement, dismissal, verdict or other disposition, this Order shall continue to be binding upon all attorneys of record and persons to whom the Confidential Material has been disclosed.

f. Upon final termination of the above-entitled action, the original and all copies of all Confidential Material, including any summaries and memoranda made thereof, shall be returned to the FBI, or destroyed by counsel for the parties.

g. Nothing in this Order shall operate to waive the right of any party to these proceedings to assert objections to the production or admissibility of the Confidential Material on any ground.

h. This Confidentiality Order may be modified by further Order of the Court upon application to the Court, with proper notice.

i. Any documents produced hereunder as Confidential Material, if filed or delivered to the Court, shall be filed under seal subject to further order of the Court.

j. Nothing in this Order shall preclude any party from seeking any additional protection with respect to the confidentiality of documents or information.

4. This Order is not intended to include materials which would disclose any matters occurring before the Grand Jury.

**IT IS SO ORDERED.**

DATED: July 23, 2001.

Franklin L Noel

FRANKLIN L. NOEL
Chief Magistrate Judge